IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BROADBAND OFFICE, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-413 GMS |
| | ) | |
| SUN LIFE ASSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

WHEREAS, on June 21, 2004, the motion to withdraw the reference was granted and this case was assigned to the undersigned (D.I. 1);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

March 24, 2006                                /s/ Gregory M. Sleet
                                              UNITED STATES DISTRICT JUDGE