IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BROADBAND OFFICE, INC., | : | |
| Plaintiff, | : | Adv. Case # ~~03-00~~ 04413 (GMS) |
| vi. | : | |
| SUN LIFE ASSURANCE COMPANY OF CANADA | : | (Bankruptcy Case No. 01-1720 (GMS) In re BroadBand Office, Inc. |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff Broadband Office, Inc. ("Plaintiff") and the above captioned defendant, SUN LIFE ASSURANCE OF COMPANY OF CANADA ("Defendant") hereby stipulate to the dismissal of the above-captioned civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), made applicable in this adversary proceeding by Fed. R. Bankr. P. 7041, with each party to bear its own attorneys' fees and costs.

WERB & SULLIVAN

BY: /s/ Amy D. Brown
Brian A. Sullivan (DE #2098)
Amy D. Brown (DE #4077)
300 Delaware Avenue, 10th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

*Attorneys for Plaintiff, Broadband Office, Inc.*

GADSBY HANNAH LLP

BY: /s/ Alex F. Mattera
Alex F. Mattera
225 Franklin Street
Boston, MA 02110
Telephone: (617) 345-7025
Facsimile: (617) 204 8025

*Attorneys for Sun Life Assurance Company of Canada*

WL: #133947.v1 (2VCR01!.DOC)
B0362487v1